### Commonwealth v. Douglas, Appellant.

Submitted December 9, 1968. *Joseph C.*

*Giebus,* Assistant Public Defender, and *Peter J. Webby,* Public Defender, for appellant; *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.